UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOHN VIEIRA, | Case No. CIV. F-05-01492 OWW |
| Petitioner, | <u>DEATH</u> <u>PENALTY</u> <u>CASE</u> |
| vs. | ORDER APPOINTING COUNSEL |
| Steven W. Ornoski, as Acting Warden of San Quentin State Prison, | |
| Respondent. | |

Petitioner Richard John Vieira ("Vieira") commenced this action on November 22, 2005 pursuant to 28 U.S.C. § 2254 by electronically filing a combined request for appointment of counsel and a temporary stay of execution. On November 30, 2005, the Court referred the matter to the Selection Board for the Eastern District of California. On January 20, 2006, the Selection Board advised the Court of its partial recommendation for counsel, that is, the appointment of Wesley A. Van Winkle as co-counsel. On February 10, 2006, the Court appointed Mr. Van Winkle as interim counsel.

On March 8, 2006, the Selection Board for the Eastern District of California advised the Court that the Capital Habeas Unit of the Office of the Federal Defender is available for appointment as Mr. Van Winkle's co-counsel. Assistant Federal Defender Timothy J. Foley is

the attorney in the Federal Defender's Office designated to work with Mr. Van Winkle on Vieira's case.

The Court has reviewed the Rate Justification Worksheet submitted by Mr. Van Winkle in this case and hereby determines that Mr. Van Winkle and the Capital Habeas Unit of the Federal Defender's Office (by Mr. Foley) will represent Vieira as co-counsel. Effective March 9, 2006, Mr. Van Winkle and Mr. Foley are co-counsel in this case.

IT IS SO ORDERED.

Dated:   March 14, 2006

/s/ Oliver W. Wanger
Oliver W. Wanger
United States District Judge