UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOHN VIEIRA,<br><br>          Petitioner,<br><br>     vs.<br><br>Eddie S. Ylst, as Acting Warden<br>of San Quentin State Prison,<br><br>          Respondent. | Case No. CIV. F-05-01492 OWW<br><br><u>DEATH PENALTY CASE</u><br><br>ORDER EXTENDING TIME FOR RESPONDENT TO LODGE STATE RECORD |

**I.   Background.**

The Court conducted a Case Management Conference (hereafter "CMC") with counsel for Petitioner Richard John Vieira ("Vieira") and Respondent Eddie S. Ylst, as Acting Warden (the "Warden") on March 9, 2006 to discuss case management for Phase I of this case. Representing Vieira were CJA appointed counsel Wesley A. Van Winkle and Assistant Federal Defender Timothy J. Foley. Representing the Warden was Deputy Attorney General Catherine Chatman. Among the topics discussed at the CMC was the fact that certain documents and exhibits were missing from the Warden's files which comprise the state record. In the order following the CMC, the Court directed the parties, through counsel, to meet and confer concerning missing portions of the record. The parties complied with this directive and agreed that through a joint effort all documents and exhibits could

be obtained to permit the Warden to lodge the complete state record by April 28, 2006.

**II.  Current Status and the Need for Another Two Weeks.**

The Warden now reports a great deal of progress toward compiling the complete record has been made.  However in the process, the Warden has discovered additional missing records, including an eighty-six page excerpt from the Clerk's Transcripts of juror questionnaires, six photographic trial exhibits, and at least a dozen exhibits the Warden believes can be retrieved from the Stanislaus County Sheriff's Department.  In the process of compiling the state record, the Warden is reviewing compact disc records maintained by the Stanislaus District Attorney's Office.  The process is substantially more time-consuming than originally contemplated.  Although the Warden intended to have the record lodged with the Court by April 28, 2006, unforeseen complications have driven the estimated completion date to June 12, 2006.

The Warden reports that Vieira, through his counsel Mr. Van Winkle, does not oppose the two week extension.

**III. Order.**

For good cause shown, the Warden shall lodge the state record of Vieira's state trial with the Court on or before June 12, 2006.

IT IS SO ORDERED.

Dated:   May 8, 2006

/s/ Oliver W. Wanger
Oliver W. Wanger
United States District Judge