UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOHN VIEIRA,<br><br>        Petitioner,<br><br>  vs.<br><br>Eddie S. Ylst, as Acting Warden of San Quentin State Prison,<br><br>        Respondent. | Case No. CIV. F-05-01492 OWW<br><br><u>DEATH</u> <u>PENALTY</u> <u>CASE</u><br><br>ORDER GRANTING SECOND EXTENSION OF TIME FOR RESPONDENT TO LODGE STATE RECORD |

    On May 8, 2006, the Court granted Respondent Eddie S. Ylst, as Acting Warden of San Quentin State Prison (the "Warden") an extension of time up to and including June 12, 2006 to lodge the state record in this matter. The Warden now requests an additional month, up to and including July 12, 1996, within which to lodge the state record. The moving papers disclose that Petitioner Richard John Vieira ("Vieira") does not oppose the request.

    The Warden reports that except for trial exhibits presented during the state trial proceedings, the state record is assembled and ready to be lodged. The Warden has been diligent in obtaining copies of trial exhibits from both the Stanislaus District Attorney's Office and the Alameda County Superior Court (where subsequent related trials of Vieira's co-defendants were conducted).

1    For good cause shown, the Warden's request for a second extension
2 of time to lodge the state record of Vieira's state trial is granted.
3 The state record shall be lodged with the Court on or before July 12,
4 2006.
5
6    IT IS SO ORDERED.
7 Dated: June 15, 2006
                                      /s/ Oliver W. Wanger
8                                      Oliver W. Wanger
                               United States District Judge