IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD JOHN VIEIRA,** | CV F-05-1492 OWW (DP) |
| Petitioner, | **ORDER** |
| v. | |
| **EDDIE YLST, ACTING WARDEN,** | |
| Respondent. | |

This Court hereby grants Respondent's request for an enlargement of time to and including August 1, 2006, to lodge the record.

IT IS SO ORDERED.

**Dated:   July 15, 2006**          /s/ Oliver W. Wanger
emm0d6                              UNITED STATES DISTRICT JUDGE

[Proposed] Order

1