1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                   EASTERN DISTRICT OF CALIFORNIA

8

9  RICHARD JOHN VIEIRA,              )  Case No. CIV. F-05-01492 OWW
                                     )
10               Petitioner,         )  DEATH PENALTY CASE
                                     )
11      vs.                          )  ORDER  RE:  PHASE  II  CASE
                                     )  MANAGEMENT PLAN
12  Eddie S. Ylst, as Acting Warden  )
    of San Quentin State Prison,     )
13                                   )
                 Respondent.         )
14  _____ )

15      In an order filed under seal concurrently herewith, the Court has

16  provisionally approved a budget and case management plan for Phase II

17  of the present litigation.  The budget materials were submitted to the

18  Court under seal by Petitioner Richard John Vieira ("Vieira").  Phase

19  II  includes  preparation  of  the  federal  petition,  an  anticipated

20  application to hold federal proceedings in abeyance pending litigation

21  of Vieira's state post-conviction petition, the re-institution of

22  federal  proceedings  following  state  exhaustion,  the  filing  of  an

23  answer by Respondent Eddie Ylst, As Acting Warden of San Quentin State

24  Prison  (the  "State"),  and  a  resolution  of  all  exhaustion  issues.

25  Counsel for Vieira estimates a total of four months of pre-petition

26  time (calculating backwards from the October 31, 2006 expiration of

27  the federal statute of limitations), an unknown number of months (or

28  years)  of  abeyance  time  during  which  the  state  petition  will  be

1   pending before the California Supreme Court, and 12 months of

2   remaining post-petition time until the State files its answer, the

3   exhaustion status of the federal petition is resolved, and the matter

4   is at issue.

5       Because the proposed budget and case management plan is fully

6   documented and supported, the Court has not scheduled a case

7   management conference for Phase II of the litigation.  If either or

8   both of the parties believe a case management conference would be

9   beneficial or necessary in this case, that party should contact the

10   Court to set a hearing.  The Court is amenable to conducting a case

11   management conference in conjunction with a hearing on Vieira's

12   anticipated motion for abeyance, if the parties so desire.

13       IT IS SO ORDERED.

14

15   Dated: _July 18, 2006___            ___/s/ Oliver W. Wanger___

16                                     Oliver W. Wanger

                                  United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28