IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD J. VIEIRA,<br><br>    Petitioner,<br><br>vs.<br><br>Robert K. Wong, as Acting Warden<br>of San Quentin State Prison,<br><br>    Respondent. | Case No. 1:05-cv-1492-OWW<br><br><u>DEATH</u> <u>PENALTY</u> <u>CASE</u><br><br>ORDER RE: PETITIONER'S PRO SE SUBMISSIONS |

    This matter is before the Court following a number of pro se submissions from Petitioner Richard J. Vieira ("Vieira"), the most recently received by the Court on August 3, 2009. As the Court expressly stated in the April 22, 2009 order, the Court will not file pro se submissions from any represented party, except for documents which challenge the party's legal representation. The pro se submission received from Vieira on August 3, 2009 has been returned to Vieira.

    Vieira's appointed counsel are directed to inform their client that the Court will address issues in and related to Vieira's properly filed petition for a writ of habeas corpus in accordance with the Rules Governing § 2254 Cases and the Federal Rules of Civil Procedure. Should any matters arise in the course of the administration of this case which require the Court's immediate attention, counsel for the parties may submit appropriate motions.

SO ORDERED.

Dated:   August 4, 2009

                                              /s/ Oliver W. Wanger
                                              Oliver W. Wanger
                                             United States District Judge

05dp1492.ORePetnrProSeMo.Vie.wpd