1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT FOR THE

7                            EASTERN DISTRICT OF CALIFORNIA

8

RICHARD J. VIEIRA,                    )      Case No. 1:05-cv-1492-OWW
9                                      )
                Petitioner,            )      <u>DEATH</u> <u>PENALTY</u> CASE
10                                     )
        vs.                            )
11                                     )      ORDER GRANTING RESPONDENT'S
Michael Martel, as Acting Warden of San )    THIRD REQUEST TO MODIFY BRIEFING
12  Quentin State Prison,               )     SCHEDULE FOR PHASE III OF THE
                                       )      LITIGATION
13              Respondent.            )
    _____  )
14

15          Respondent Michael Martel, as Acting Warden of San Quentin State Prison (the "Warden") has

16  submitted a request to modify the briefing schedule set July 22, 2010 and last modified May 10, 2011

17  (doc. 90).  The proposed new schedule extends briefing due dates by one month.  The Warden's counsel

18  reports that Petitioner Richard J. Vieira ("Vieira") has no objection to the requested modification.

19  GOOD CAUSE APPEARING,

20  1.      The Warden's memorandum of points and authorities in opposition to the petition shall be filed

21          on or before July 5, 2011.  The Warden shall defer his discussion of the application of *Cullen*

22          *v. Pinholster*, 131 S. Ct. 1388 (2011), until briefing on Vieira's anticipated motion for an

23          evidentiary hearing.

24  2.      Vieira shall file a reply brief on or before October 3, 2011.

25  3.      The parties are encouraged to meet and confer about the need to conduct discovery.  It is

26          anticipated that motions for formal discovery pursuant to Rule 6 of the Rules Governing § 2254

27          Cases or record expansion pursuant to Rule 7 of the Rules Governing § 2254 Cases will be

28          presented and resolved without altering the schedule for briefing the petition.

4.   Vieira shall file his motion for an evidentiary hearing pursuant to Rule 8 of the Rules Governing § 2254 Cases on or before November 7, 2011.  The evidentiary motion shall be limited to identification of: (a) the claims for which a hearing is sought; (b) an offer of proof as to the evidence sought to be presented; (c) a brief statement of the legal grounds for the evidentiary hearing; and (d) an explanation of diligence exercised in state court to develop the claims before the California Supreme Court (*see* 28 U.S.C. § 2254(e)(2)).  In light of the briefing of the petition, legal analysis and citation of authorities in support of claims for which a hearing is sought will not be necessary.  The exception to presentation of legal analysis and citation to authority involves briefing the application of *Pinholster* to Vieira's entitlement to further evidentiary development.

5.   The Warden shall file his opposition to the evidentiary hearing motion on or before December 5, 2011.

6.   Vieira shall file his reply to the opposition on or before January 11, 2012.

SO ORDERED.

Date:   ____June 1, 2011_____                    _____/s/ Oliver W. Wanger_____
                                                                                          Oliver W. Wanger
                                                                                      United States District Judge