1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| **RICHARD JOHN VIEIRA,** | Case No. 1:05-cv-01492 OWW (DP) |
| Petitioner, | **ORDER REVISED BRIEFING SCHEDULE** |
| **v.** | **CAPITAL CASE** |
| **MICHAEL MARTEL, ACTING WARDEN,** | |
| Respondent. | |

18       Respondent Michael Martel, as Acting Warden of San Quentin State Prison (the "Warden,"

19   has submitted a request to modify the scheduling order issued July 22, 2010, and last modified

20   June 1, 2011 (doc. 92).  The Warden's counsel reports that counsel for Petitioner Richard J.

21   Vieira ("Vieira") has no objection to the requested modification.

22       GOOD CAUSE APPEARING,

23       1.  The Warden's memorandum of points and authorities in opposition to the petition shall

24   be filed on or before August 4, 2011.  The Warden shall defer his discussion of the application of

25   *Cullen v. Pinholster*, 131 S. Ct. 1388 (2011), until briefing on Petitioner Vieira's anticipated

26   motion for an evidentiary hearing.

27       2.  Vieira shall file a reply brief on or before November 2, 2011.

28   / / /

1

Order (1:05-cv-01492 OWW (DP))

PDF created with pdfFactory trial version www.pdffactory.com

3. The parties are encouraged to meet and confer about the need to conduct discovery. It is anticipated that motions for formal discovery pursuant to Rule 6 of the Rules Governing § 2254 Cases or record expansion pursuant to Rule 7 of the Rules Governing § 2254 Cases will be presented and resolved without altering the schedule for briefing the petition.

4. Vieira shall file his motion for an evidentiary hearing pursuant to Rule 8 of the Rules Governing § 2254 Cases on or before December 7, 2011. The evidentiary hearing motion shall be limited to identification of: (a) the claims for which a hearing is sought; (b) an offer of proof as to the evidence sought to be presented; (c) a brief statement of the legal grounds for the evidentiary hearing; and (d) an explanation of diligence exercised in state court to develop the claims before the California Supreme Court (*see* 28 U.S.C. § 2254(e)(2)). In light of the briefing of the petition, legal analysis and citation of authorities in support of claims for which a hearing is sought will not be necessary. The exception to presentation of legal analysis and citation to authority involves briefing the application of *Pinholster* to Vieira's entitlement to further evidentiary development.

5. The Warden shall file his opposition to the evidentiary hearing motion on or before January 4, 2012.

6. Vieira shall file his reply to the opposition on or before February 10, 2012.


IT IS SO ORDERED.


Dated: July 8, 2011 _____/s/ OLIVER W. WANGER_
  _____
                                                United States District Court Judge

Order (1:05-cv-01492 OWW (DP))

PDF created with pdfFactory trial version www.pdffactory.com