IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD J. VIEIRA,<br><br>        Petitioner,<br><br>vs.<br><br>Michael Martel, as Acting Warden of San Quentin State Prison,<br><br>        Respondent. | Case No. 1:05-cv-1492-AWI<br><br><u>DEATH</u> <u>PENALTY</u> CASE<br><br>ORDER APPOINTING INDEPENDENT COUNSEL |

    The Court has determined it is in the best interests of the parties to appoint independent counsel to confer with Petitioner Richard J. Vieira. Based on the recommendation of the Selection Board for the Eastern District of California, the Court appoints John T. Philipsborn for this purpose.

    Mr. Philipsborn shall be added to the docket in this matter as follows:

> John T. Philipsborn
> 507 Polk Street, Suite 350
> San Francisco, Calfiornia 94102
> telephone: (415) 771-3801
> email: jphilipsbo@aol.com

A separate order filed under seal outlines the tasks the Court envisions Mr. Philipsborn will undertake. This appointment will not interfere with the ongoing litigation in the matter unless the parties are notified to the contrary by the Court. When there is a change in status of Mr. Philipsborn's appointment, the Court will file a public order conveying this information.

    IT IS SO ORDERED

Dated  February 21, 2012

                                                      /s/ Anthony W. Ishii
                                                    Anthony W. Ishii, Chief
                                                 United States District Judge

05dp1492.OApptgIndptCounsel.vie.wpd