IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD J. VIEIRA,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>KEVIN CHAPPELL as Acting Warden of<br>San Quentin State Prison,*<br><br>　　　　　Respondent. | Case No. 1:05-cv-1492-AWI<br><br>DEATH PENALTY CASE<br><br>ORDER TERMINATING<br>APPOINTMENT OF INDEPENDENT<br>COUNSEL |

　　　On February 21, 2012 the Court appointed John T. Philispborn to serve as independent counsel and to report to the Court about matters pertinent to the representation of Petitioner Richard J. Vieira ("Vieira"). Mr. Philipsborn filed a confidential report on May 3, 2012 addressing the issues about which the Court had inquired. Having received and considered Mr. Philipsborn's report, the Court determines Mr. Philipsborn's services as independent counsel are no longer required. His appointment has accomplished the Court's objectives.

　　　For good cause, the appointment of John T. Philipsborn as independent counsel in this matter is terminated as of the date this order is filed.

　　　IT IS SO ORDERED

Dated  May 25, 2012

　　　　　　　　　　　　　　　　　　　　／s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　Anthony W. Ishii, Chief
　　　　　　　　　　　　　　　　　　United States District Judge

05dp1492.OTermApptmtIndptCounsel.Vie.wpd

*Kevin Chappell is substituted as Respondent in this matter pursuant to Federal Rule of Civil Procedure 25(d).