# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOHN VIEIRA,<br><br>             Petitioner,<br><br>     v.<br><br>KEVIN CHAPPELL, Warden San Quentin California State Prison,<br><br>             Respondent. | Case No.: 1:05-cv-01492 AWI<br><br>ORDER CONFIRMING APPOINTMENT OF COUNSEL |

On November 21 2012, the Court authorized the filing of a request by Petitioner Richard John Vieira ("Vieira") to "identify" federal counsel (doc. 131) in light of the separation of former Assistant Federal Defender Timothy Foley from the Federal Defender's Office. On December 6, 2012, the Office of the Federal Defender, over the signature of Assistant Federal Defender Joseph Schlesinger, filed a response stating that Federal Defender remains Vieira's counsel along with CJA attorney Wesley A. Van Winkle (doc. 132). On July 23, 2013, Assistant Federal Defender Lissa Garnder filed a notice advising the Court that she, along with Mr. Van Winkle, would continue handling Vieira's petition for habeas corpus relief (doc. 134). The matter is resolved; Vieira is fully represented.

Dated: September 27, 2013

/s/ Anthony W. Ishii<br>Anthony W. Ishii<br>United States District Judge

OConfirmingApptmtOfCounsel-Viel